IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY MILLS,

      Plaintiff,

v.                                                    CASE NO. 1:26cv45-RH-MJF

ARLENE BLUTH,

      Defendant.

_____/


**ORDER DISMISSING THE COMPLAINT
AND GRANTING LEAVE TO AMEND**


    This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. The opportunity to file objections afforded the plaintiff an opportunity to be heard on the issues raised in the report and recommendation, thus affording the plaintiff due process. The plaintiff has not requested an opportunity to amend and has not offered any explanation for the obvious insufficiency of the complaint or for the filing of duplicative complaints in multiple districts, all devoid of factual allegations suggesting any basis for a claim.

A dismissal for failure to state a claim ordinarily should be with prejudice. The report and recommendation concludes that should be the result here. The United States Court of Appeals for the Eleventh Circuit has said a plaintiff whose complaint is deficient should ordinarily get at least one opportunity to amend. *See, e.g., Troville v. Venz*, 303 F.3d 1256, 1260 n.5 (11th Cir. 2002); *Woldeab v. Dekalb Cnty. Bd. of Educ.*, 885 F.3d 1289 (11th Cir. 2018). But the deficiencies in this complaint are so pronounced that dismissal with prejudice would be appropriate at this time. Even so, this order gives the plaintiff one more chance.

IT IS ORDERED:

1. The report and recommendation is accepted in part and adopted as the court's further opinion.

2. The plaintiff may file an amended complaint by April 7, 2026.

3. The clerk must refer any amended complaint directly to me, not to the magistrate judge, and must refer the file to me if the plaintiff fails to file a timely amended complaint.

SO ORDERED on March 25, 2026.

s/Robert L. Hinkle
United States District Judge